FILED
2017 Jun-08 PM 04:18
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 1

| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | FEPA<br>EEOC | |

| and EEOC | |
|---|---|
| State or local Agency, if any | |

| NAME (Indicate Mr., Ms., Mrs.)<br>Valarie Bethune | HOME TELEPHONE (Include Area Code) | | |
|---|---|---|---|
| STREET ADDRESS    CITY, STATE AND ZIP CODE | | SSN: | DATE OF BIRTH |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME<br>Mercedes Benz | NUMBER OF EMPLOYEES, MEMBERS<br>500+ | TELEPHONE (Include Area Code)<br>205-507-3300 | |
|---|---|---|---|
| STREET ADDRESS    CITY, STATE AND ZIP CODE<br>1 Mercedes Drive, Vance, Alabama 35490 | | | COUNTY<br>Tuscaloosa |
| NAME | | TELEPHONE NUMBER (Include Area Code) | |
| STREET ADDRESS    CITY, STATE AND ZIP CODE | | | COUNTY |

RECEIVED FEB 10 2016 E.E.O.C. BIRMINGHAM DISTRICT

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))

RACE    COLOR    XX SEX    RELIGION    AGE

XX RETALIATION    NATIONAL ORIGIN    DISABILITY    XX OTHER (Specify) sexual harassment And hostile work environment

DATE DISCRIMINATION TOOK PLACE
EARLIEST (ADEA/EPA)    LATEST (ALL)
June 2014    -    October 23, 2015
CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)): I began working for the above named employer in or around June 2012 as a maintenance technician – electrical and mechanical. I was originally hired to work shop 166, but around 2013 I was moved to shop 205. When I moved to shop 205, I was the only female employee. The male employees in shop 205 harassed me and treated me differently because I am female. The male employees refused to help train me, would blame me for issues that were not my fault, they would not communicate with me and were hostile toward me.

Around June 2014, I complained to my supervisor, Patrick Roth. I was treated differently than the male employees and my robot was taken away from me. I complained that I was the only woman in this part of the plant and that I was being treated differently. In or June 2014, I also complained to Human Resources, and talked to Zena Cooper and Theresa Works. I complained to Ms. Cooper and Ms. Works that I was being treated differently because I am a woman and that I was having to work in a hostile environment.

In or around June 2014, I also complained to Wade Smith, my former boss. I complained to Mr. Smith about being treated differently because I am a woman. It is my understanding that Mr. Smith talked to my current supervisor, Patrick Roth, about my complaints of discrimination.

(particulars continued on second page)

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY (When necessary for State and Local Requirements)<br>[signature] My commission Exp (TC): 11-23-19<br>I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct. | SIGNATURE OF COMPLAINANT<br>[signature] |
| 2/10/16<br>Date    Charging Party (Signature) | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(Day, month, and year) 10th February 2016 |

VALARIE BETHUNE V. MERCEDES BENZ
EEOC CHARGE
PAGE 2

After my complaints of gender discrimination in or around June 2014, I was unjustly disciplined and written up. The write up was later withdrawn because it was unjust and retaliatory. Zena Cooper in Human resources informed me that the write would be withdrawn, but would still be in my file as a "note" not a corrective action.

Also, after I complained to my supervisor, Patrick Roth, he gave me a bad performance review. I had never received a bad performance review and my performance was good. I received the bad performance review in retaliation for my complaints. I complained to Eric Tetherthola, Manager, and Theresa Works, Human Resources, about the bad review Mr. Roth gave me and informed them that I received the bad review because of my complaints. My performance review was not changed, but notes were placed on my review stating I was doing better.

Mr. Roth left the company and I was given a new manager. However, my male co-workers continued to harass me and treat me differently because I am a woman. My male co-workers have continued to falsely blame me for issues and make false statements about my performance.

The discriminatory and hostile environment got worse and in or around August 2015, they became so bad I had medical issues and had to be off from work. I returned to work after one week and my male co-employees started saying I was crazy and making fun of me. I have been treated my one of the company's doctors and my private doctor. My doctors both determined I was working in a hostile environment and requested I be moved.

In or around September 2015, I was unjustly suspended when a male co-employee, Wesley Booth, screamed at me while we were working. Mr. Booth had been harassing me for several months because of my gender. There was no reason for Mr. Booth to yell at me and he did not treat the male employees this way. I asked Mr. Booth what was wrong with him and why he was screaming at me. Mr. Booth just screamed at me again. I tried to get him to stop screaming at me and when he would not stop I yelled back at him. I never got in his face and my actions were not hostile. I was suspended for three weeks and no action was taken against Mr. Booth.

I was told I had to sign a document stating I used "threatening, insulting and abusive language." I refused to sign the document because the allegations were false. On or about October 23, 2015, David Olive from Human Resources called me and told me I was terminated because I refused to sign the document containing false accusations. After I was terminated I wrote a letter the CEO informing him that I would sign the document and put my response on the document. I was not rehired and was not allowed to sign the document with my response.

I have been harassed because of my gender, female, forced to work in a hostile environment, discriminated against because of my gender, unjustly disciplined because of my gender, terminated because of my gender, harassed in retaliation for my complaints, unjustly disciplined because of my complaints, terminated because of my complaints, and been subjected to other discriminatory, harassing and retaliatory actions in violation of Title VII of the Civil Rights Act of 1964, as amended.

*[signature]*
VALARIE BETHUNE

RECEIVED
FEB 10 2016
E.E.O.C.
BIRMINGHAM DISTRICT

# EXHIBIT 2

EEOC Form 161 (11/16)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: Valarie Bethune | From: Birmingham District Office<br>Ridge Park Place<br>1130 22nd Street<br>Birmingham, AL 35205 |
|---|---|

☐ On behalf of person(s) aggrieved whose identity is *CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 420-2016-01187 | LIONEL WILEY,<br>Investigator | (205) 212-2073 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Delner Franklin-Thomas,
District Director

MAR 1 0 2017
*(Date Mailed)*

Enclosures(s)

cc: MERCEDES BENZ
C/o Michael L. Lucas
Burr and Forman LLP
3400 Wells Fargo Tower
420 North 20th Street
Birmingham, AL 35203

Cynthia Wilkinson
WILKINSON LAW FIRM PC
215 North Richard Arrington Jr. Blvd., Suite 200
Birmingham, AL 35203

Enclosure with EEOC
Form 161 (11/16)

# INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Courts often require that a copy of your charge must be attached to the complaint you file in court. If so, you should remove your birth date from the charge. Some courts will not accept your complaint where the charge includes a date of birth. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS** -- **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice and within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION** -- **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do **not** relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE** -- **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months** of this Notice. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | FEPA<br>EEOC | 420-2016-01187 |

and EEOC

_____
State or local Agency, if any

| NAME (Indicate Mr., Ms., Mrs.)<br>Valarie Bethune | HOME TELEPHONE (Include Area Code) | | |
|---|---|---|---|
| STREET ADDRESS    CITY, STATE AND ZIP CODE | | SSN: | DATE OF BIRTH |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME<br>Mercedes Benz | NUMBER OF EMPLOYEES, MEMBERS<br>500+ | TELEPHONE (Include Area Code)<br>205-507-3300 |
|---|---|---|
| STREET ADDRESS    CITY, STATE AND ZIP CODE<br>1 Mercedes Drive, Vance, Alabama 35490 | **RECEIVED** | COUNTY<br>Tuscaloosa |
| NAME | **FEB 10 2016** | TELEPHONE NUMBER (Include Area Code) |
| STREET ADDRESS    CITY, STATE AND ZIP CODE | E.E.O.C.<br>BIRMINGHAM DISTRICT | COUNTY |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))

RACE    COLOR    **XX SEX**    RELIGION    AGE

**XX RETALIATION**    NATIONAL ORIGIN    DISABILITY    **XX OTHER** (Specify) sexual harassment And hostile work environment

DATE DISCRIMINATION TOOK PLACE
EARLIEST (ADEA/EPA)    LATEST (ALL)

June 2014    -    October 23, 2015
CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)): I began working for the above named employer in or around June 2012 as a maintenance technician – electrical and mechanical. I was originally hired to work shop 166, but around 2013 I was moved to shop 205. When I moved to shop 205, I was the only female employee. The male employees in shop 205 harassed me and treated me differently because I am female. The male employees refused to help train me, would blame me for issues that were not my fault, they would not communicate with me and were hostile toward me.

Around June 2014, I complained to my supervisor, Patrick Roth. I was treated differently than the male employees and my robot was taken away from me. I complained that I was the only woman in this part of the plant and that I was being treated differently. In or June 2014, I also complained to Human Resources, and talked to Zena Cooper and Theresa Works. I complained to Ms. Cooper and Ms. Works that I was being treated differently because I am a woman and that I was having to work in a hostile environment.

In or around June 2014, I also complained to Wade Smith, my former boss. I complained to Mr. Smith about being treated differently because I am a woman. It is my understanding that Mr. Smith talked to my current supervisor, Patrick Roth, about my complaints of discrimination.

(particulars continued on second page)

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY (When necessary for State and Local Requirements)<br>My commission Expires 11-23-19<br>I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct. | SIGNATURE OF COMPLAINANT |
| 2/10/16<br>Date    Charging Party (Signature) | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(Day, month, and year) 10th February 2016 |

**VALARIE BETHUNE V. MERCEDES BENZ**
**EEOC CHARGE**
**PAGE 2**

01187

After my complaints of gender discrimination in or around June 2014, I was unjustly disciplined and written up. The write up was later withdrawn because it was unjust and retaliatory. Zena Cooper in Human resources informed me that the write would be withdrawn, but would still be in my file as a "note" not a corrective action.

Also, after I complained to my supervisor, Patrick Roth, he gave me a bad performance review. I had never received a bad performance review and my performance was good. I received the bad performance review in retaliation for my complaints. I complained to Eric Tetherthola, Manager, and Theresa Works, Human Resources, about the bad review Mr. Roth gave me and informed them that I received the bad review because of my complaints. My performance review was not changed, but notes were placed on my review stating I was doing better.

Mr. Roth left the company and I was given a new manager. However, my male co-workers continued to harass me and treat me differently because I am a woman. My male co-workers have continued to falsely blame me for issues and make false statements about my performance.

The discriminatory and hostile environment got worse and in or around August 2015, they became so bad I had medical issues and had to be off from work. I returned to work after one week and my male co-employees started saying I was crazy and making fun of me. I have been treated my one of the company's doctors and my private doctor. My doctors both determined I was working in a hostile environment and requested I be moved.

In or around September 2015, I was unjustly suspended when a male co-employee, Wesley Booth, screamed at me while we were working. Mr. Booth had been harassing me for several months because of my gender. There was no reason for Mr. Booth to yell at me and he did not treat the male employees this way. I asked Mr. Booth what was wrong with him and why he was screaming at me. Mr. Booth just screamed at me again. I tried to get him to stop screaming at me and when he would not stop I yelled back at him. I never got in his face and my actions were not hostile. I was suspended for three weeks and no action was taken against Mr. Booth.

I was told I had to sign a document stating I used "threatening, insulting and abusive language." I refused to sign the document because the allegations were false. On or about October 23, 2015, David Olive from Human Resources called me and told me I was terminated because I refused to sign the document containing false accusations. After I was terminated I wrote a letter the CEO informing him that I would sign the document and put my response on the document. I was not rehired and was not allowed to sign the document with my response.

I have been harassed because of my gender, female, forced to work in a hostile environment, discriminated against because of my gender, unjustly disciplined because of my gender, terminated because of my gender, harassed in retaliation for my complaints, unjustly disciplined because of my complaints, terminated because of my complaints, and been subjected to other discriminatory, harassing and retaliatory actions in violation of Title VII of the Civil Rights Act of 1964, as amended.

RECEIVED
FEB 10 2016
E.E.O.C.
BIRMINGHAM DISTRICT

VALARIE BETHUNE