FILED
2017 Oct-10 PM 04:13
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| VALERIE BETHUNE,<br><br>　　　　PLAINTIFF,<br><br>Vs.<br><br>MERCEDES-BENZ U.S. INTERNATIONAL, INC.,<br><br>　　　　DEFENDANT. | )<br>)<br>)<br>)<br>)<br>)　CIVIL ACTION NO:<br>)　7:17-cv-00969-LSC<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW plaintiff and defendant and show and stipulate to the Court that this action should be dismissed with prejudice with each party to bear her or its own costs.

_____
Cynthia Forman Wilkinson
Wilkinson Law Firm, PC
215 North Richard Arrington, Jr. Blvd.
Suite 200
Birmingham, Alabama 35203

Attorney for Plaintiff

_____
Michael L. Lucas
Meghan N. Cox
BURR & FORMAN LLP
3400 Wells Fargo Tower
420 North 20th Street
Birmingham, Alabama 35203

Attorneys for Defendant

30385085 v1