FILED
2017 Oct-13 PM 03:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| VALERIE BETHUNE,<br><br>　　　Plaintiff,<br><br>v.<br><br>MERCEDES-BENZ U.S. INTERNATIONAL, INC.,<br><br>　　　Defendant. | )<br>)<br>)<br>)<br>)　　7:17-cv-00969-LSC<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

This Court acknowledges receipt of the parties' Joint Stipulation of Dismissal with Prejudice (Doc. 17) filed on October 10, 2017. Accordingly, the case is DISMISSED WITH PREJUDICE and costs are taxed as paid.

**DONE** and **ORDERED** on October 13, 2017.

_____
L. Scott Coogler
United States District Judge

190685